UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

EMPIRE ENERGY CORPORATION
INTERNATIONAL and MALCOLM BENDALL,

        Plaintiff,              11 Civ. 06086 (RMB)

  -against-

NOBLE TRENHAM, FIRST GLOBAL
CAPITAL VENTURES, and SMART WIN
INTERATIONAL, LLC,

        Defendants.
-------------------------------------------------------------x

## NOTICE OF MOTION
## FOR ENTRY OF DEFAULT JUDGMENT

      PLEASE TAKE NOTICE that, on the annexed declaration of Paul Batista dated March 28, 2012, together with the exhibits annexed to that declaration, on the Summons and Complaint, and on all prior papers and proceedings in this action, plaintiffs Empire Energy Corporation International and Malcolm Bendall, through their attorney, Paul Batista, P.C., will move this Court (Richard M. Berman, *U.S.D.J.*) at the Courthouse, 500 Pearl Street, New York, New York 10007, at a time and date to be determined by this Court, for orders:

- Pursuant to Fed. R. Civ. P. 55(b)(2), entering a default judgment against defendant Smart Win International, LLC; and

- Granting such other and further relief, including entry of the proposed judgment accompanying this motion, as the Court deems just and proper.

Dated: New York, New York
       March 28, 2012

                              PAUL BATISTA, P.C.

                              By _____
                                 Paul Batista (PB8717)
                                 Attorney for Plaintiffs
                                 Empire Energy Corporation International
                                 and Malcolm Bendall
                              26 Broadway, Suite 1900
                              New York, New York 10004
                              (212) 980-0070 (Tel)
                              (212) 344-7677 (Fax)
                              Batista007@aol.com

TO:    SMART WIN INTERNATIONAL, LLC
        Unit 2003-6
        Shui On Centre
        6-8 Harbour Road
        Wanchai, Hong Kong
        Attention: Mr. Fred C.W. Kwok