UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

EMPIRE ENERGY CORPORATION
INTERNATIONAL and MALCOLM BENDALL,

        Plaintiff,

  -against-

NOBLE TRENHAM, FIRST GLOBAL
CAPITAL VENTURES, and SMART WIN
INTERATIONAL, LLC,

        Defendants.

-------------------------------------------------------------x

11 Civ. 06086 (RMB)

## NOTICE OF VOLUNTARY DISMISSAL
## PURSUANT TO FED. R. CIV. P. 41(a)

      Pursuant to Fed. R. Div. P. 41(a), plaintiffs Empire Energy Corporation International and Malcolm Bendall hereby dismiss this action without prejudice.

Dated:  New York, New York
         April 6, 2012

                                  PAUL BATISTA, P.C.

                                  By  _____
                                        Paul Batista (PB8717)
                                        Attorney for Plaintiffs
                                        Empire Energy Corporation International
                                        and Malcolm Bendall
                                        26 Broadway, Suite 1900
                                        New York, New York 10004
                                        (212) 980-0070 (Tel)
                                        (212) 344-7677 (Fax)
                                        Batista007@aol.com

TO:    SMART WIN INTERNATIONAL, LLC
         Unit 2003-6
         Shui On Centre
         6-8 Harbour Road
         Wanchai, Hong Kong
         Attention: Mr. Fred C.W. Kwok